**Learie A. DALY, Plaintiff—Appellant,**

v.

**Melanie C. PEREIRA, Director; Mr. Branson, Grievance Coordinator, Defendants—Appellees,**

**and**

**Mclindsey Hawkins, Chief of Security, Defendant.**

No. 04–6221.

United States Court of Appeals, Fourth Circuit.

Submitted: June 2, 2004.

Decided: July 12, 2004.

Learie A. Daly, Appellant pro se.

Louis Paul Ruzzi, Barbara McFaul Cook, County Solicitor, Katherine Lee Taylor, County Solicitor's Office, Ellicott City, Maryland, for Appellees.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Learie A. Daly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Daly v. Pereira,* No. CA–03–1441–1–AMD (D.Md. Jan. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*